UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHELLE H. FARRIS,

                Plaintiff,

        -v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

21 **CIVIL** 3346 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 14, 2022, that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action under the fourth sentence of 42 U.S.C. § 405(g); should the Appeals Council remand to an Administrative Law Judge, upon remand, the ALJ will be instructed to offer the claimant an opportunity for a new hearing. The matter is hereby DISMISSED with prejudice.

**Dated:** New York, New York
         March 14, 2022

                                              RUBY J. KRAJICK

                                              Clerk of Court
                          **BY:**

                                              Deputy Clerk